## William SPERRY, Appellant,

v.

## Anita L. PADGETT p/k/a Anita L. Ward and Continental Western Insurance Company, Respondent.

### No. WD 68868.

Missouri Court of Appeals, Western District.

Dec. 23, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 2009.

Application for Transfer Denied March 31, 2009.

Herbert W. McIntosh, Kansas City, MO, for appellant.

Steven F. Coronado, Kansas City, MO, for respondent.

Before Div. II: SMART, P.J., HARDWICK and WELSH, JJ.

### ORDER

PER CURIAM.

William Sperry appeals from an order setting aside his default judgment on a negligence claim against an uninsured motorist. For reasons explained in a memo-

randum provided to the parties, we find no error and affirm the order.

AFFIRMED. Rule 84.16(b).